

**FILED**

JUN 2 6 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| IN THE MATTER OF THE CRIMINAL COMPLAINT REGARDING LETICIA AGUIRRE TYRRELL | MJ 18-?6-BLG-TJC  ORDER SEALING CASE |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it including the Complaint and Affidavit filed herein are SEALED.

IT IS FURTHER ORDERED that this case is unsealed upon Leticia Aguirre Tyrrell's initial appearance.

DATED this 26 day of June, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge