**JOHN D. SULLIVAN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: John.Sullivan2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**
JUL 19 2018
Clerk, U.S. Courts
District Of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-97-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
Title 21 U.S.C. § 841(a)(1)
(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| LETICIA AGUIRRE TYRRELL, | |
| Defendant. | TITLE 21 PENTALTIES MAY BE ENHANCED BY PREVIOUS FELONY DRUG CONVICTIONS |

THE GRAND JURY CHARGES:

That on or about June 23, 2018, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, LETICIA AGUIRRE TYRRELL, knowingly possessed, with the intent to distribute, 500 or more grams of a

1

substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

*for* [signature]
KURT G. ALME
United States Attorney

*for* [signature]
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: USMS custody
Bail: _____

2